## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JOHNNY HARRIS**                                                                                          **PLAINTIFF**

v.                                          **Case No. 2:21-cv-00040-KGB**

**WEHCO VIDEO INC.,** *et al.*                                                                       **DEFENDANTS**

## ORDER

Before the Court is the possible consolidation of this case with a case that appears related, *Harris v. WEHCO Video, Inc., et al.*, Case No. 2:21-cv-00137-KGB. Under Federal Rule of Civil Procedure 42(a), a district court may consolidate actions "[i]f actions before the court involve a common question of law or fact. . . ." Fed. R. Civ. P. 42(a). "Whether to consolidate actions under Rule 42(a) is vested in the court's discretion," and "the district court can consolidate actions sua sponte." *Headrick v. Glass*, Case No. 4:18-cv-1683-CDP, 2019 WL 2437028, at *1 (E.D. Mo. June 11, 2019) (quoting *Bendzak v. Midland Nat. Life Ins. Co.*, 240 F.R.D. 449, 450 (S.D. Iowa 2007) (internal citations omitted)).

The Court has reviewed the complaints filed in both cases and finds that the cases involve common questions of law and fact. Both cases arise out of plaintiff Johnny Harris's employment as a salesperson at East Arkansas Video, Inc., in Forrest City, Arkansas (Dkt. No. 1, ¶¶ 4, 10-11; *Harris v. WEHCO Video, Inc., et al.*, Case No. 2:21-cv-00137-KGB, Dkt. No. 11, ¶ 6). Further, both cases involve claims of discrimination against defendants under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.*, and the Arkansas Civil Rights Act ("ACRA"), Arkansas Code Annotated § 16-123-101 *et seq*. (Dkt. No. 1, ¶ 1; *Harris v. WEHCO Video, Inc., et al.*, Case

No. 2:21-cv-00137-KGB, Dkt. No. 11, ¶ 1).  The Court believes that judicial economy would be served by consolidating the cases.

The Court will withhold entry of an Order consolidating the cases for 14 days from the date of this Order to give the parties of both cases an opportunity to file any objections to consolidation. The Clerk of the Court is directed to file this Order in *Harris v. WEHCO Video, Inc., et al.*, Case No. 2:21-cv-00137-KGB as well as in this case.

It is so ordered this 15th day of March, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge