# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JOHNNY HARRIS**                                                                                          **PLAINTIFF**

**v.**                                         **Case No. 2:21-cv-00040-LPR**

**WEHCO VIDEO, INC.,** *et al.*                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of all Defendants on all claims against them.

IT IS SO ADJUDGED this 30th day of September 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE